**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Hunter William Lundy
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Rudie Ray Soileau, Jr.
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Scott James Scofield
Scofield, Gerard
901 Lakeshore Dr, Ste 900
Lake Charles LA 70601

Patrick Donavon Gallaugher, Jr.
Scofield, Gerard, etc.
901 Lakeshore Dr, Ste 900
Lake Charles LA 70601

Daniel A. Kramer
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Thomas Allen Filo
Cox, Cox, & Filo
723 Broad Street
Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on October 21, 2020

**REHEARING ACTION: October 21, 2020**

**Docket Number: 19  00055-CA**

**VESTA HALAY JOHNSTON, ET AL.**
**VERSUS**
**SUSAN HALAY VINCENT, ET AL.**

**Appealed from Calcasieu Parish Case No. 2015-4153**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Elizabeth A. Pickett**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Susan Halay Vincent** has this day been

   **DENIED.**

cc: John Michael Veron, Counsel for the Appellant
    D'Ann R. Penner, Counsel for the Appellant
    James David Cain, Jr., Counsel for the Appellee
    Thomas Patrick LeBlanc, Counsel for the Appellee